IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**DARLA MARNEY,**

    Plaintiff,

v.

**NANCY A. BERRYHILL,**
Acting Commissioner of Social Security,

    Defendant.

No. 3:15-cv-01759-JE

OPINION AND ORDER

**MOSMAN, J.,**

On September 12, 2017, Magistrate Judge John Jelderks issued his Findings and Recommendation ("F&R") [33], recommending that the Commissioner's decision be REVERSED and this action be REMANDED pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings. Defendant did not object.

## DISCUSSION

The magistrate judge makes only recommendations to the court, to which any party may file written objections. The court is not bound by the recommendations of the magistrate judge, but retains responsibility for making the final determination. The court is generally required to make a de novo determination regarding those portions of the report or specified findings or recommendation as to which an objection is made. 28 U.S.C. § 636(b)(1)(C). However, the court

1 – OPINION AND ORDER

is not required to review, de novo or under any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the F&R to which no objections are addressed. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). While the level of scrutiny under which I am required to review the F&R depends on whether or not objections have been filed, in either case, I am free to accept, reject, or modify any part of the F&R. 28 U.S.C. § 636(b)(1)(C).

Upon careful review, I agree with Judge Jelderks's recommendation and ADOPT the F&R [33] as my own opinion. The Commissioner's decision is REVERSED and this action is REMANDED pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings.

IT IS SO ORDERED.

DATED this 29 day of September, 2017.

MICHAEL W. MOSMAN
Chief United States District Judge