IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

DARLA MARNEY,

    Plaintiff,

NANCY A. BERRYHILL,
Acting Commissioner of Social
Security,

    Defendant.

No. 3:15-cv-01759-JE

JUDGMENT OF REMAND

**MOSMAN, J.,**

Based on my opinion and order, IT IS ORDERED AND ADJUDGED that this case is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g) to the Commissioner of Social Security for further administrative proceedings. JUDGMENT is entered for Plaintiff, and this case is closed.

IT IS SO ORDERED.

DATED this 29 day of September, 2017.

MICHAEL W. MOSMAN
Chief United States District Judge

1 – JUDGMENT